IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-123-RJC-DCK

| | |
|---|---|
| JULIE WAGNER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| TREVOR ASHLINE, and SIMPSON PERFORMANCE PRODUCTS, INC., a Texas Corporation, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) filed by Douglas E. Kingsbery, concerning Raymond W. Zenkert, III on October 3, 2018. Mr. Raymond W. Zenkert, III seeks to appear as counsel *pro hac vice* for Plaintiff Julie Wagner. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 9) is **GRANTED.** Mr. Raymond W. Zenkert, III is hereby admitted *pro hac vice* to represent Plaintiff Julie Wagner.

**SO ORDERED**.

Signed: October 4, 2018

David C. Keesler
United States Magistrate Judge