**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:18-CV-123-RJC-DCK**

| | | |
|---|---|---|
| **JULIE WAGNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | <u>**ORDER**</u> |
| | ) | |
| **TREVOR ASHLINE; and SIMPSON** | ) | |
| **PERFORMANCE PRODUCTS, INC., a Texas** | ) | |
| **Corporation,** | ) | |
| | ) | |
| **Defendant**s. | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Consent Motion For Extension Of Time To File Reply" (Document No. 21) filed April 26, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendants' counsel, the undersigned will <u>grant</u> the motion.

     **IT IS, THEREFORE, ORDERED** that "Plaintiff's Consent Motion For Extension Of Time To File Reply" (Document No. 21) is **GRANTED**. Plaintiff shall have up to and including **May 7, 2019** to file her Reply to the "Defendants' Memorandum In Opposition To Plaintiff's Motion For Leave …" (Document No. 20).

Signed: April 29, 2019

_____

David C. Keesler
United States Magistrate Judge
