# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Julie Wagner**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:18-cv-00123-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Trevor Ashline et al**,** | ) | |
| | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2021 Order.

February 5, 2021

Frank G. Johns, Clerk
United States District Court