IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No. 5:18-CV-123-KDB-DCK

| | |
|---|---|
| JULIE WAGNER,<br><br>               Plaintiff,<br><br>v.<br><br>TREVOR ASHLINE and<br>SIMPSON PERFORMANCE<br>PRODUCTS, INC.,<br><br>               Defendants. | **SIMPSON'S MOTION FOR ATTORNEYS' FEES** |

Defendant Simpson Performance Products, Inc. hereby moves the Court for an order granting its Motion for Attorneys' Fees. Simpson requests the Court award its reasonable attorneys' fees incurred in this matter pursuant to 35 U.S.C. § 285.

The present Motion is supported by its Memorandum in Support of Motion for Attorney's Fees and the accompanying exhibits, which are filed herewith.

1

Dated: February 19, 2021

Respectfully submitted,

By: /s/ Craig N. Killen
    Craig N. Killen
    N.C. State Bar No. 43980
    Email: craig.killen@nelsonmullins.com
    Lauren G. Hunstad
    N.C. State Bar No. 52210
    Email: lauren.hunstad@nelsonmullins.com
    Nelson Mullins Riley & Scarborough LLP
    301 South College Street, 23rd Floor
    Charlotte, North Carolina 28202
    Telephone: (704) 417-3127
    Facsimile: (803) 255-9831

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing has been sent to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system

This, the 19th day of February, 2021.

                                                    NELSON MULLINS RILEY &
                                                  SCARBOROUGH LLP

                                                  By: /s/ Craig N. Killen
                                                        Craig N. Killen

                                                *Attorney for Defendants*