# EXHIBIT E

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

JULIE WAGNER,

        Plaintiff,

    v.

TREVOR ASHLINE and
SIMPSON PERFORMANCE
PRODUCTS, INC.,

        Defendants.

Civil Action No.
5:18-cv-123-KDB-DCK

## <u>DECLARATION OF CRAIG N. KILLEN</u>

I, Craig N. Killen, hereby state and declare as follows:

1.    My name is Craig N. Killen. I am an attorney licensed in North Carolina, and am a partner in the law firm of Nelson Mullins Riley & Scarborough L.L.P. ("Nelson Mullins").

2.    I served as lead counsel for the Defendants Trevor Ashline and Simpson Performance Products, Inc. ("Simpson") in the above-captioned litigation. Simpson has exclusively the fees and costs billed by Nelson Mullins in this case. I make this Declaration in support of Simpson's Motion for Attorneys' Fees. The statements contained herein are made of my own personal knowledge and based on contemporaneous time records maintained by Nelson Mullins which are itemized on the attached Schedule 1.

3.    I graduated from the University of South Carolina School of Law in 1991 and hold an undergraduate degree in electrical engineering. I am admitted to practice in all federal courts in North Carolina and South Carolina, as well as the United States Courts of Appeal for

1

the Fourth and Federal Circuits. I am also registered to practice before the United States Patent & Trademark Office.

4.     I have represented Simpson in multiple patent cases, both in this District and in the Southern District of California.

5.     My billing rate for this matter was $425/hour.

6.     Lauren Hunstad, who is an associate at Nelson Mullins, is the one other Nelson Mullins who was primarily involved in the representation of the Defendants in this case. Ms. Hunstad graduated from the University of North Carolina School of Law in 2017 and holds an undergraduate degree from Wake Forest University. Ms. Hunstad's hourly rate on this matter was $265/hour through the end of 2019, was $315/hour in 2020, and is currently $345.00 per hour.

7.     Nelson Mullins attorneys Robert McWilliams (partner), Grant Gildehaus (associate), and Jonathan Todd (associate) also had minor amounts of time in the case in relation to specific tasks or issues. These lawyers respectively graduated from law school in 2009, 2013, and 2018 and had billing rates of $405/hour, $330/hour, and $320/hour on this case.

8.     Several support personnel from Nelson Mullins, namely Sean O'Toole (litigation support) and Roberta Kullman (paralegal) were also involved in the representation of Defendants in this matter. Mr. O'Toole's billing rate was $135/hour and Ms. Kullman's billing rate was $225/hour.

9.     I have reviewed the billing and timekeeping records related to this matter. I have confirmed that the reasonable attorneys' fees actually, necessarily, and reasonably incurred by Simpson in the defense of this action, up to and including the issuance of the Order granting Summary Judgment on February 5, 2021 is $292,340.00.

10.     This amount is consistent with patent-related cases of similar scope and complexity. For example, the 2019 Report of the Economic Survey published by the American Intellectual Property Association ("AIPLA") indicates that the mean cost of patent infringement litigation in the "Metro Southeast" geographic location, with less than one million dollars at risk, is $367,000 through the phase of "discovery, motions and claim construction." Page I-141. In cases with one to ten million dollars at risk, the mean cost rises to $690,000 through the same phase. Page I-142. When these cases are handled by firms having 60 or more attorneys, the mean litigation cost is $423,000 for cases with less than one million dollars at risk (page I-147) and $1,329,000 for cases with one to ten million dollars at risk (page I-148), also through "discovery, motions and claim construction." While patent infringement litigation and inventorship litigation are, of course, not exactly the same, they are comparable and involve many of the same issues.

11.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated this 19th day of February 2021.

Craig N. Killen

3

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 8/7/2018 | Killen, Craig N | 425 | Review of complaint; send same to client; follow-up communications with client; begin analysis of claims | 3.5 | 1,487.50 |
| 8/8/2018 | Killen, Craig N | 425 | Continue analysis of claims; conference call with client. | 2.0 | 850.00 |
| 8/16/2018 | Gildehaus, Grant A. | 330 | Conducted legal research regarding co-inventorship. | 1.5 | 495.00 |
| 8/16/2018 | Killen, Craig N | 425 | Confer with Attorney Gildehaus regarding legal research to be done. | 0.5 | 212.50 |
| 9/6/2018 | Hunstad, Lauren G. | 265 | Evaluate the complaint and correspondence from opposing counsel; analyze whether the lack of contact between the plaintiff and Simpson would support a motion to dismiss the unjust enrichment claim. | 1.9 | 503.50 |
| 9/6/2018 | Killen, Craig N | 425 | Confer with Attorney Hunstad regarding matter. | 0.5 | 212.50 |
| 9/10/2018 | Hunstad, Lauren G. | 265 | Evaluate whether the plaintiff's state law claims are preempted by federal law. | 0.9 | 238.50 |
| 9/11/2018 | Hunstad, Lauren G. | 265 | Evaluate whether the plaintiff's state law claims are preempted by federal law, prepare memo outlining my analysis and recommendations for how to proceed. | 7.9 | 2,093.50 |
| 9/11/2018 | Killen, Craig N | 425 | Review of memorandum summarizing legal research on preemption; communicate with Attorney Hunstad regarding same. | 0.4 | 170.00 |
| 9/12/2018 | Hunstad, Lauren G. | 265 | Draft motion to dismiss, evaluate the impact of filing a partial motion to dismiss on the requirement to file an answer. | 2.3 | 609.50 |
| 9/12/2018 | Hunstad, Lauren G. | 265 | Office conference with Attorney Killen regarding preparing a Motion to Dismiss. | 1.0 | 265.00 |
| 9/12/2018 | Killen, Craig N | 425 | Review and analysis of evidence provided by client; legal research on co-inventorship; prepare email to Trevor Ashline asking him additional questions. | 6.0 | 2,550.00 |

SCHEDULE 1 TO EXHIBIT E

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 9/13/2018 | Hunstad, Lauren G. | 265 | Evaluate the plaintiff's unjust enrichment claim as to Simpson; prepare arguments regarding the same for the motion to dismiss. | 2.5 | 662.50 |
| 9/13/2018 | Killen, Craig N | 425 | Review and consider response to questions from Trevor Ashline; prepare and send response to Mr. Ashline. | 0.5 | 212.50 |
| 9/14/2018 | Killen, Craig N | 425 | Continue analysis and legal research; communicate with Trevor Ashline regarding background and history; request information from Greg Everman; prepare and send communication to opposing counsel regarding request for call to discuss case. | 2.5 | 1,062.50 |
| 9/17/2018 | Hunstad, Lauren G. | 265 | Evaluate case law from cases with similar factual scenarios; continue to evaluate how federal laws preempt the plaintiff's state law claims; prepare the brief in support of the motion to dismiss. | 2.1 | 556.50 |
| 9/18/2018 | Hunstad, Lauren G. | 265 | Continue to prepare the brief in support of the motion to dismiss; evaluate relevant supporting case law to enhance arguments. | 2.0 | 530.00 |
| 9/19/2018 | Hunstad, Lauren G. | 265 | Continue to draft memorandum in support of the motion to dismiss; further evaluate supportive case law. | 3.5 | 927.50 |
| 9/19/2018 | Killen, Craig N | 425 | Prepare for and conduct phone conference with opposing counsel; prepare and send follow-up communication to opposing counsel regarding the case; report to client. | 2.0 | 850.00 |
| 9/20/2018 | Hunstad, Lauren G. | 265 | Continue to prepare brief in support of the motion to dismiss. | 6.5 | 1,722.50 |
| 9/21/2018 | Hunstad, Lauren G. | 265 | Continue to prepare brief in support of the motion to dismiss. | 3.0 | 795.00 |
| 9/21/2018 | Killen, Craig N | 425 | Execute waivers of service and send same to opposing counsel. | 0.3 | 127.50 |

SCHEDULE 1 TO EXHIBIT E

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 9/24/2018 | Hunstad, Lauren G. | 265 | Continue to prepare the brief in support of the motion to dismiss. | 2.8 | 742.00 |
| 9/26/2018 | Killen, Craig N | 425 | Prepare for and conduct telephone conference with opposing counsel to discuss case; follow-up communication to opposing counsel; prepare and file Notice of Appearance. | 1.0 | 425.00 |
| 10/4/2018 | Hunstad, Lauren G. | 265 | Continue to write the brief in support of the motion to dismiss adding argument in support of dismissal of the plaintiff's claim to be added as a co-inventor. | 0.8 | 212.00 |
| 10/7/2018 | Hunstad, Lauren G. | 265 | Continue to write the brief in support of our motion to dismiss; add arguments supporting our view that the plaintiff has failed to state a claim for co-inventorship. | 0.7 | 185.50 |
| 10/8/2018 | Hunstad, Lauren G. | 265 | Continue to write the brief in support of the motion to dismiss; add analysis supporting our argument that the plaintiff has failed to state a claim for co-inventorship. | 6.8 | 1,802.00 |
| 10/9/2018 | Hunstad, Lauren G. | 265 | Continue to update the brief in support of the motion to dismiss. | 0.3 | 79.50 |
| 10/10/2018 | Hunstad, Lauren G. | 265 | Continue to update the brief in support of the motion to dismiss; add support for our argument that a successor in interest cannot be liable for unjust enrichment. | 3.6 | 954.00 |
| 10/11/2018 | Hunstad, Lauren G. | 265 | Continue to prepare the motion to dismiss. | 3.6 | 954.00 |
| 10/12/2018 | Hunstad, Lauren G. | 265 | Finalize the first draft of the brief in support of the motion to dismiss. | 1.9 | 503.50 |
| 10/18/2018 | Hunstad, Lauren G. | 265 | Ensure the brief in support of the motion to dismiss complies with the local WDNC rules. | 0.6 | 159.00 |
| 10/19/2018 | Killen, Craig N | 425 | Work on motion to dismiss complaint. | 5.0 | 2,125.00 |
| 10/22/2018 | Hunstad, Lauren G. | 265 | Review the brief for final edits before filing. | 1.6 | 424.00 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 10/22/2018 | Killen, Craig N | 425 | Review and revise motion to dismiss; attend to filing same. | 7.1 | 3,017.50 |
| 11/5/2018 | Hunstad, Lauren G. | 265 | Evaluate and review the plaintiff's response in opposition to the motion to dismiss that we filed. | 1.6 | 424.00 |
| 11/5/2018 | Killen, Craig N | 425 | Initial review of Plaintiff's response to our motion to dismiss; confer with Attorney Hunstad regarding same. | 0.8 | 340.00 |
| 11/6/2018 | Hunstad, Lauren G. | 265 | Draft the brief in reply to Plaintiff's response to our motion to dismiss. | 3.7 | 980.50 |
| 11/7/2018 | Hunstad, Lauren G. | 265 | Conference with Attorney Killen discussing the opposing counsel's brief and our strategy for our reply; continue to write our brief in reply to the plaintiff's response. | 5.3 | 1,404.50 |
| 11/7/2018 | Killen, Craig N | 425 | Conference with Attorney Hunstad to discuss strategy for response. | 0.5 | 212.50 |
| 11/8/2018 | Hunstad, Lauren G. | 265 | Continue to write our reply brief. | 2.9 | 768.50 |
| 11/8/2018 | Killen, Craig N | 425 | Continue review and analysis of Plaintiff's response to our motion; report same to client; follow-up communications with client regarding same. | 2.0 | 850.00 |
| 11/12/2018 | Killen, Craig N | 425 | Analysis of Plaintiff's response to our motion to dismiss; work on reply to same. | 5.1 | 2,167.50 |
| 11/13/2018 | Hunstad, Lauren G. | 265 | Conference with Attorney Killen; determine additional case law to add to the reply brief; proof read final version of the brief before filing. | 2.6 | 689.00 |
| 11/13/2018 | Killen, Craig N | 425 | Continue working on reply to Plaintiff's response to motion to dismiss; review and revise same; attend to filing reply with the court. | 8.8 | 3,740.00 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 4/4/2019 | Hunstad, Lauren G. | 265 | Evaluate the Plaintiff's request to amend her complaint; research the appropriate time for amending pleadings; prepare a memo analyzing the appropriateness of this motion. | 3.3 | 874.50 |
| 4/4/2019 | Killen, Craig N | 425 | Brief review of proposed amended complaint sent by the other side; communicate with Attorney Hunstad regarding same. | 0.4 | 170.00 |
| 4/8/2019 | Hunstad, Lauren G. | 265 | Confer with Attorney Killen regarding possible strategies to respond to the plaintiff's motion to amend; perform research on strategy for dismissing the new fraud claims; prepare a memo for Attorney Killen with possible positions for how to proceed. | 3.6 | 954.00 |
| 4/8/2019 | Killen, Craig N | 425 | Further review of proposed amended complaint; communicate to opposing counsel that we will not consent to same; communicate with Attorney Hunstad regarding need to research options. | 0.5 | 212.50 |
| 4/9/2019 | Hunstad, Lauren G. | 265 | Confer with Attorney Killen regarding strategy for responding to the plaintiff's motion to amend its complaint; evaluate the new fraud claims in plaintiff's complaint; assess the substance of the proposed amended complaint. | 3.7 | 980.50 |
| 4/9/2019 | Killen, Craig N | 425 | Confer with Attorney McWilliams regarding strategy for opposing amended complaint. | 0.5 | 212.50 |
| 4/9/2019 | McWilliams, Robert H. | 405 | Confer with Attorney Killen regarding strategy for response to Plaintiff's proposed amended complaint; legal research in support of same. | 0.9 | 364.50 |
| 4/10/2019 | Hunstad, Lauren G. | 265 | Phone conversation with Attorney Killen further discussing the strategy for how to respond to the plaintiff's motion to amend; continue research. | 2.9 | 768.50 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 4/10/2019 | Killen, Craig N | 425 | Review of proposed amended complaint and exhibits to same; confer with Attorney Hunstad regarding strategy; prepare and send communication to client regarding same. | 2.0 | 850.00 |
| 4/11/2019 | Hunstad, Lauren G. | 265 | Continue further research regarding arguments to attack the proposed amended pleadings. | 1.9 | 503.50 |
| 4/12/2019 | Hunstad, Lauren G. | 265 | Begin response to plaintiff's motion for leave to amend. | 2.7 | 715.50 |
| 4/13/2019 | Hunstad, Lauren G. | 265 | Continue to draft Defendants' response to Plaintiff's motion to amend her complaint. | 1.9 | 503.50 |
| 4/14/2019 | Hunstad, Lauren G. | 265 | Continue to draft the response to Plaintiff's Motion to Amend. | 0.6 | 159.00 |
| 4/15/2019 | Hunstad, Lauren G. | 265 | Review the comments provided by Mr. Ashline; continue to prepare the response to plaintiff's motion for leave to amend. | 5.2 | 1,378.00 |
| 4/15/2019 | Killen, Craig N | 425 | Telephone conference with Trevor Ashline, Greg Everman, Chuck Davies, and Attorney Hunstad to discuss case. | 1.0 | 425.00 |
| 4/16/2019 | Hunstad, Lauren G. | 265 | Continue to prepare a response to plaintiff's motion for leave to amend. | 3.6 | 954.00 |
| 4/17/2019 | Hunstad, Lauren G. | 265 | Continue to prepare response to Plaintiff's motion. | 5.1 | 1,351.50 |
| 4/18/2019 | Hunstad, Lauren G. | 265 | Phone conference with Attorney Killen to discuss additional components for the response to plaintiff's request for leave to amend; incorporate those components into the brief. | 2.2 | 583.00 |
| 4/18/2019 | Killen, Craig N | 425 | Review and analysis of proposed amended complaint and all exhibits; perform legal research on relevant legal issues. | 7.0 | 2,975.00 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 4/22/2019 | Killen, Craig N | 425 | Continue review and analysis of proposed amended complaint and exhibits thereto; analysis of historical materials sent by Trevor Ashline; work on response to motion to amend. | 7.5 | 3,187.50 |
| 4/23/2019 | Hunstad, Lauren G. | 265 | Perform a final review of the brief in response to plaintiff's motion for leave to amend; evaluate the brief as filed. | 1.1 | 291.50 |
| 4/23/2019 | Killen, Craig N | 425 | Continue working on response to motion to amend; review and revise same; attend to filing response. | 8.0 | 3,400.00 |
| 5/7/2019 | Hunstad, Lauren G. | 265 | Evaluate Plaintiff's reply in further support of her motion for leave to file first amended complaint. | 0.4 | 106.00 |
| 5/7/2019 | Killen, Craig N | 425 | Initial review of reply brief filed by the other side; report same to client. | 0.7 | 297.50 |
| 5/9/2019 | Hunstad, Lauren G. | 265 | Review the order granting Plaintiff leave to amend; confer with Attorney Killen regarding our strategy to oppose the Plaintiff's amended complaint; begin to prepare a motion to dismiss plaintiff's amended complaint. | 2.4 | 636.00 |
| 5/14/2019 | Hunstad, Lauren G. | 265 | Continue to write the brief in support of the motion to dismiss Plaintiff's amended complaint. | 1.0 | 265.00 |
| 5/15/2019 | Hunstad, Lauren G. | 265 | Continue to prepare the 12(b)(6) motion and brief. | 2.5 | 662.50 |
| 5/16/2019 | Hunstad, Lauren G. | 265 | Continue to prepare the motion to dismiss. | 3.9 | 1,033.50 |
| 5/17/2019 | Hunstad, Lauren G. | 265 | Prepare brief in support of the motion to dismiss plaintiff's amended complaint. | 3.0 | 795.00 |
| 5/22/2019 | Killen, Craig N | 425 | Work on motion to dismiss. | 2.5 | 1,062.50 |
| 5/23/2019 | Killen, Craig N | 425 | Work on motion to dismiss. | 4.1 | 1,742.50 |
| 5/24/2019 | Killen, Craig N | 425 | Continue working on motion to dismiss; attend to filing same with the court. | 4.0 | 1,700.00 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 5/28/2019 | Killen, Craig N | 425 | Prepare and send status update to client. | 0.4 | 170.00 |
| 6/7/2019 | Hunstad, Lauren G. | 265 | Evaluate the Plaintiff's response opposing Defendant's motion to dismiss the first amended complaint. | 1.0 | 265.00 |
| 6/11/2019 | Hunstad, Lauren G. | 265 | Continue to prepare the brief in reply to plaintiff's response to our motion to dismiss her first amended complaint; conference with Attorney Killen concerning strategy for the reply brief. | 2.5 | 662.50 |
| 6/11/2019 | Killen, Craig N | 425 | Prepare for and meet with Attorney Hunstad to discuss strategy for reply brief. | 1.0 | 425.00 |
| 6/12/2019 | Hunstad, Lauren G. | 265 | Continue to prepare the brief in reply to plaintiff's response to defendants' motion to dismiss the first amended complaint. | 7.6 | 2,014.00 |
| 6/13/2019 | Killen, Craig N | 425 | Review and analysis of Plaintiff's response to motion to dismiss. | 4.5 | 1,912.50 |
| 6/14/2019 | Killen, Craig N | 425 | Review and revise reply in response to Motion to Dismiss; attend to filing same; report to client. | 5.0 | 2,125.00 |
| 10/18/2019 | Hunstad, Lauren G. | 265 | Evaluate the proposed motion prepared by the plaintiff's counsel. | 0.3 | 79.50 |
| 10/21/2019 | Hunstad, Lauren G. | 265 | Review the motion filed by Plaintiff to initiate early discovery. | 0.4 | 106.00 |
| 10/21/2019 | Killen, Craig N | 425 | Review of draft motion to expedite discovery sent by opposing counsel; respond to opposing counsel to indicate that we do not consent to the motion. | 0.3 | 127.50 |
| 10/23/2019 | Hunstad, Lauren G. | 265 | Begin preparation of response to plaintiff's motion for the initiation of early discovery. | 0.8 | 212.00 |
| 10/25/2019 | Hunstad, Lauren G. | 265 | Review case law concerning motions for early discovery in North Carolina; continue a response to Plaintiff's motion for early discovery. | 1.7 | 450.50 |

SCHEDULE 1 TO EXHIBIT E

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 10/28/2019 | Hunstad, Lauren G. | 265 | Review federal rules and local rules relating to early discovery; further review relevant case law; phone conference with Attorney Killen regarding strategy for the response to Plaintiff's motion regarding early discovery; further prepare and edit the response to Plaintiff's motion. | 2.5 | 662.50 |
| 11/4/2019 | Killen, Craig N | 425 | Review of Plaintiff's motion to begin discovery; work on response to same; attend to filing response to motion; report to Chuck Davies. | 2.5 | 1,062.50 |
| 11/12/2019 | Hunstad, Lauren G. | 265 | Review the reply brief filed by Plaintiff's counsel regarding Plaintiff's Motion for Expedited Discovery. | 0.2 | 53.00 |
| 1/10/2020 | Hunstad, Lauren G. | 315 | Review and analyze the order denying Defendants' Motion to Dismiss. | 0.5 | 157.50 |
| 1/11/2020 | Killen, Craig N | 425 | Review order from the court denying our motion to dismiss; prepare and send communication to client reporting same; coordinate answer deadline with Attorney Hunstad. | 1.0 | 425.00 |
| 1/13/2020 | Hunstad, Lauren G. | 315 | Begin Defendant Ashline's Answer in response to Plaintiff's First Amended Complaint. | 2.2 | 693.00 |
| 1/17/2020 | Hunstad, Lauren G. | 315 | Phone conversations with Attorney Killen regarding strategy for the answer; continue to prepare answer for defendant Ashline. | 6.6 | 2,079.00 |
| 1/17/2020 | Killen, Craig N | 425 | Confer with Attorney Hunstad regarding answer to complaint; review client communications regarding history of matter and forward pertinent emails to Attorney Hunstad. | 1.1 | 467.50 |
| 1/18/2020 | Hunstad, Lauren G. | 315 | Continue to review and revise Ashline's answer to Plaintiff's First Amended Complaint. | 2.5 | 787.50 |

SCHEDULE 1 TO EXHIBIT E

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 1/19/2020 | Hunstad, Lauren G. | 315 | Further revise Ashline's Answer; begin Simpson's Answer to Plaintiff's First Amended Complaint. | 2.6 | 819.00 |
| 1/20/2020 | Hunstad, Lauren G. | 315 | Revise Defendant Simpson's Answer to Plaintiff's First Amended Complaint. | 0.6 | 189.00 |
| 1/22/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding additional aspects of the Answer; write affirmative defenses. | 2.8 | 882.00 |
| 1/22/2020 | Killen, Craig N | 425 | Work on answers to complaint on behalf of both defendants. | 1.0 | 425.00 |
| 1/23/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding the content of the Answer; evaluate documents referenced in the Plaintiff's Complaint as needed for the Answer; phone conversation with Mr. Ashline to assist with preparation of the Answer. | 1.5 | 472.50 |
| 1/23/2020 | Killen, Craig N | 425 | Continue working on answers to complaint; send same to client for review. | 8.7 | 3,697.50 |
| 1/24/2020 | Hunstad, Lauren G. | 315 | Review information provided by Mr. Ashline via email; phone conversation with Mr. Ashline regarding the contents of the Answer; confer with Attorney Killen regarding strategy for the Answer. | 0.5 | 157.50 |
| 1/24/2020 | Killen, Craig N | 425 | Review and revise answers to complaint to finalize same; attend to filing answers with the court. | 2.5 | 1,062.50 |
| 1/28/2020 | Hunstad, Lauren G. | 315 | Phone conversation with Attorney Killen regarding strategy in preparation for the Rule 26(f) conference; begin researching issues relating to bifurcation. | 1.4 | 441.00 |
| 1/28/2020 | Killen, Craig N | 425 | Confer with Attorney Hunstand regarding strategy for discovery. | 0.3 | 127.50 |
| 1/29/2020 | Hunstad, Lauren G. | 315 | Continue research and analysis regarding the possibility of bifurcation of the claims. | 0.8 | 252.00 |
| 1/30/2020 | Hunstad, Lauren G. | 315 | Continue to research the issue of bifurcation and prepare a memo regarding same. | 4.6 | 1,449.00 |

SCHEDULE 1 TO EXHIBIT E

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 1/31/2020 | Hunstad, Lauren G. | 315 | Continue to research issues concerning bifurcation and continue a memo regarding same. | 5.7 | 1,795.50 |
| 2/1/2020 | Hunstad, Lauren G. | 315 | Further research issues pertaining to bifurcation; finalize memo regarding same. | 2.0 | 630.00 |
| 2/4/2020 | Killen, Craig N | 425 | Prepare for and conduct 26(f) conference with opposing counsel; follow-up to same. | 2.0 | 850.00 |
| 2/6/2020 | Hunstad, Lauren G. | 315 | Conference with Attorney Killen regarding strategy for a motion to bifurcate discovery; continue research regarding same. | 1.2 | 378.00 |
| 2/9/2020 | Hunstad, Lauren G. | 315 | Continue to research relevant case law concerning bifurcation; consider to evaluate strategy concerning bifurcation of the issues. | 2.0 | 630.00 |
| 2/10/2020 | Hunstad, Lauren G. | 315 | Further revise research regarding bifurcation of the issues. | 2.0 | 630.00 |
| 2/11/2020 | Hunstad, Lauren G. | 315 | Phone conversation with opposing counsel Mr. Romagnano regarding the initial attorneys' conference certification; phone conversations with Attorney Killen regarding same; evaluate the court order regarding deadline to submit the initial attorneys' conference certification. | 0.6 | 189.00 |
| 2/13/2020 | Hunstad, Lauren G. | 315 | Draft defendants' initial disclosures. | 1.2 | 378.00 |
| 2/14/2020 | Hunstad, Lauren G. | 315 | Phone conference with Attorney Killen regarding discovery strategy for the case; continue to prepare initial disclosures. | 2.0 | 630.00 |
| 2/14/2020 | Killen, Craig N | 425 | Consider scheduling and other issues, including possibility of bifurcating discovery; review and revise certificate of Initial Attorneys Conference; send revise version of same to opposing counsel. | 2.0 | 850.00 |
| 2/15/2020 | Hunstad, Lauren G. | 315 | Continue to prepare Defendants' Rule 26(a)(1) Initial Disclosures. | 2.4 | 756.00 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 2/17/2020 | Killen, Craig N | 425 | Review of revised Certificate of Initial Attorneys Conference sent by opposing counsel; prepare and send communication to opposing counsel regarding same. | 0.5 | 212.50 |
| 2/18/2020 | Hunstad, Lauren G. | 315 | Begin preparing Simpson and Ashline's separate requests for production of documents and Simpson and Ashline's separate first set of interrogatories. | 2.2 | 693.00 |
| 2/21/2020 | Hunstad, Lauren G. | 315 | Email Mr. Ashline to request a phone conference with Attorney Killen and myself; follow up with Mr. Ashline via phone and text regarding same. | 0.2 | 63.00 |
| 2/21/2020 | Killen, Craig N | 425 | Confer with Attorney Hunstand regarding case strategy. | 0.3 | 127.50 |
| 2/24/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding allegations in the first amended complaint. | 0.4 | 126.00 |
| 2/24/2020 | Hunstad, Lauren G. | 315 | Phone conference with Attorney Killen and Trevor Ashline regarding the content of the Initial Disclosures; confer with Attorney Killen regarding requirements for the Initial Disclosures. | 0.7 | 220.50 |
| 2/24/2020 | Killen, Craig N | 425 | Review draft of Rule 26(a) initial disclosures prepared by Attorney Hunstad; telephone conference with Trevor Ashline and Attorney Hunstad; continue working on Rule 26(a) initial disclosures; telephone conferences with Kris Vangilder and Nicole Ashline; work on discovery requests to be served on plaintiff; prepare draft of proposed protective order. | 9.2 | 3,910.00 |
| 2/25/2020 | Hunstad, Lauren G. | 315 | Review the initial disclosures filed by the plaintiff. | 0.4 | 126.00 |
| 2/25/2020 | Killen, Craig N | 425 | Continue working on initial disclosures for both defendants as well as disclosure requests; attend to serving the same on opposing counsel. | 3.5 | 1,487.50 |
| 2/26/2020 | Killen, Craig N | 425 | Prepare for meeting with witness Nicole Ashline. | 1.8 | 765.00 |
| 2/27/2020 | Killen, Craig N | 425 | Meeting with witness Nicole Ashline; follow-up to same. | 2.5 | 1,062.50 |
| 3/18/2020 | Killen, Craig N | 425 | Review of proposed motion for protective order; communicate with opposing counsel regarding same. | 0.3 | 127.50 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 3/25/2020 | Hunstad, Lauren G. | 315 | Review the responses to interrogatories and responses to request for production served by Ms. Wagner. | 0.2 | 63.00 |
| 3/31/2020 | Hunstad, Lauren G. | 315 | Retrieve documents from Plaintiff's counsel in response to Simpson's discovery requests. | 0.2 | 63.00 |
| 4/1/2020 | Killen, Craig N | 425 | Brief review of discovery requests served by Wagner's attorneys. | 0.3 | 127.50 |
| 4/15/2020 | Killen, Craig N | 425 | Review communication from opposing counsel regarding need to designate mediator; respond to same. | 0.3 | 127.50 |
| 4/16/2020 | Killen, Craig N | 425 | Contact proposed mediator Jim Lester and discuss case with him; inform opposing counsel that Mr. Lester is available. | 0.5 | 212.50 |
| 4/28/2020 | Killen, Craig N | 425 | Initial review of discovery requests served by Wagner's attorneys; confer with Chuck Davies regarding same; communicate with Wagner's attorneys regarding response deadline. | 2.5 | 1,062.50 |
| 4/29/2020 | Killen, Craig N | 425 | Communications with client and opposing counsel regarding plaintiff's discovery requests; work on same. | 0.5 | 212.50 |
| 5/18/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding the plaintiff's discovery requests. | 0.3 | 94.50 |
| 5/18/2020 | Killen, Craig N | 425 | Work on objections to Plaintiff's First Set of Interrogatories and First Set of Document Requests (to Simpson); review and revise same; attend to serving same on opposing counsel. | 6.2 | 2,635.00 |
| 5/21/2020 | Killen, Craig N | 425 | Prepare objections to Wagner's First Set of Interrogatories and First Set of Document Requests to Ashline; review and revise same; attend to serving same on opposing counsel. | 4.8 | 2,040.00 |
| 5/26/2020 | Killen, Craig N | 425 | Confer with Chuck Davies regarding case; review of interrogatories to determine which ones require input from others; prepare and send communication to Trevor Ashline and Greg Everman. | 0.4 | 170.00 |
| 5/27/2020 | Killen, Craig N | 425 | Work on responses to Plaintiff's discovery requests. | 4.0 | 1,700.00 |
| 5/28/2020 | Killen, Craig N | 425 | Work on responding to Wagner's written discovery requests. | 7.8 | 3,315.00 |

SCHEDULE 1 TO EXHIBIT E

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 5/29/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding new information pertaining to the plaintiff's disclosures and responses; review plaintiff's responses to the interrogatories; review plaintiff's production for the presence of a 2010 letter. | 2.1 | 661.50 |
| 5/29/2020 | Killen, Craig N | 425 | Continue working on responses to Plaintiff's interrogatories; review and revise same; telephone conference with Chuck Davies; review of additional information sent by Greg Everman; confer with Attorney Hunstand regarding same. | 3.1 | 1,317.50 |
| 6/1/2020 | Hunstad, Lauren G. | 315 | Prepare a memo regarding the impact of a letter from Plaintiff and her attorney in 2010 on her state law claims for fraud and her correction of inventorship claims; research statutes of limitations and laches defenses; evaluate plaintiff's pleadings and discovery responses in light of the 2010 letter. | 4.5 | 1,417.50 |
| 6/1/2020 | Killen, Craig N | 425 | Review and revise responses to interrogatories based on new information; prepare responses to document requests; confer with Attorneys Hunstad and Todd regarding statute of limitations issues to be researched; attend to serving responses to writtendiscovery on opposing counsel. | 5.6 | 2,380.00 |
| 6/1/2020 | Todd, Jonathan D. | 320 | Research regulations and MPEP to show how Julie Wagner could obtain access to unpublished patent application. | 2.6 | 832.00 |
| 6/2/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding strategy for the plaintiff's fraud, unjust enrichment, and correction of inventorship claims in light of new information regarding plaintiff's knowledge. | 0.6 | 189.00 |
| 6/2/2020 | Hunstad, Lauren G. | 315 | Evaluate the plaintiff's unjust enrichment claims; review case law on the statute of limitations for unjust enrichment claims in North Carolina; evaluate whether the claims are time barred; prepare a memo regarding same. | 5.7 | 1,795.50 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 6/2/2020 | Todd, Jonathan D. | 320 | Research on access to unpublished patent application where another published application claims priority; telephone conference with USPTO Help Desk; telephone conference with Office of Patent Legal Administration. | 2.3 | 736.00 |
| 6/3/2020 | Hunstad, Lauren G. | 315 | Evaluate the requirements for a motion under Rule 11; review local rules regarding same. | 1.7 | 535.50 |
| 6/3/2020 | Hunstad, Lauren G. | 315 | Phone conference with Attorney Killen regarding plaintiff's produced documents. | 0.3 | 94.50 |
| 6/3/2020 | Killen, Craig N | 425 | Confer with Attorney Hunstad regarding statute of limitations issues in light of 2010 letter; telephone conference with Chuck Davies regarding 2010 letter; prepare and send communication to opposing counsel demanding that the case be dropped; further communications with clients regarding same. | 1.5 | 637.50 |
| 6/4/2020 | Hunstad, Lauren G. | 315 | Phone conference with Attorney Killen regarding additional research. | 0.1 | 31.50 |
| 6/5/2020 | Hunstad, Lauren G. | 315 | Evaluate case law regarding situations in which courts have awarded Rule 11 sanctions for filing claims past the statute of limitations. | 1.4 | 441.00 |
| 6/5/2020 | Killen, Craig N | 425 | Review and revise Ashline's interrogatory answers; telephone conference with Trevor Ashline regarding same; prepare responses to Wagner's document requests; review and revise responses; attend to serving same on opposing counsel. | 3.2 | 1,360.00 |
| 6/7/2020 | Hunstad, Lauren G. | 315 | Research case law concerning courts imposing Rule 11 sanctions or granting motions for summary judgment when the claims brought by the plaintiff are time barred by the statute of limitations. | 4.0 | 1,260.00 |
| 6/8/2020 | Hunstad, Lauren G. | 315 | Continue to research case law concerning courts imposing Rule 11 sanctions or granting motions for summary judgment when the claims brought by the plaintiff are time barred by the statute of limitations. | 4.3 | 1,354.50 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 6/9/2020 | Hunstad, Lauren G. | 315 | Review further case law pertaining to rule 11 sanctions and motions for summary judgment when claims were time barred by the statute of limitations; further revise memo with analysis of possible rule 11 motion or motion for summary judgment. | 5.0 | 1,575.00 |
| 6/15/2020 | Hunstad, Lauren G. | 315 | Review email from the opposing counsel regarding the 2010 letter to Mr. Everman; confer with Attorney Killen regarding same. | 0.5 | 157.50 |
| 6/15/2020 | Killen, Craig N | 425 | Review of communication from opposing counsel disputing significance of 2010 letter to Everman; confer with Attorney Hundstad; prepare and send response to same. | 1.0 | 425.00 |
| 6/17/2020 | Todd, Jonathan D. | 320 | Research on 35 U.S.C. 285 to see whether attorney's fees may be available under that statutory section. | 0.6 | 192.00 |
| 6/24/2020 | Hunstad, Lauren G. | 315 | Evaluate email from the opposing counsel; confer with Attorney Killen regarding the email and next steps. | 1.0 | 315.00 |
| 6/24/2020 | Killen, Craig N | 425 | Review of email from opposing counsel disputing the need to dismiss the case; confer with Attorney Hunstad regarding same. | 1.0 | 425.00 |
| 6/25/2020 | Killen, Craig N | 425 | Confer with Chuck Davies regarding case. | 0.3 | 127.50 |
| 6/29/2020 | Killen, Craig N | 425 | Prepare correspondence to opposing counsel regarding evidence that we have showing prior invention; review of documents produced by Plaintiff. | 3.1 | 1,317.50 |
| 6/30/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding correspondence from the opposing counsel; research the application of attorney client privilege on a potential deposition of Attorney Everman. | 1.2 | 378.00 |
| 6/30/2020 | Killen, Craig N | 425 | Review and analysis of documents produced by Plaintiff. | 3.0 | 1,275.00 |
| 7/1/2020 | Hunstad, Lauren G. | 315 | Finalize research regarding impact of a deposition of Attorney Everman. | 1.2 | 378.00 |
| 7/1/2020 | Killen, Craig N | 425 | Review and analysis of documents produced by Wagner. | 5.5 | 2,337.50 |
| 7/2/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding documents produced by the plaintiff. | 0.5 | 157.50 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 7/2/2020 | Hunstad, Lauren G. | 315 | Phone conference with Attorney Killen and attorneys representing Ms. Wagner regarding discovery and deposition schedules. | 0.4 | 126.00 |
| 7/2/2020 | Killen, Craig N | 425 | Continue review and analysis of documents produced by Wagner; review of Wagner's discovery responses; telephone conference with opposing counsel regarding discovery; communications with Trevor Ashline regarding documents. | 6.2 | 2,635.00 |
| 7/8/2020 | Killen, Craig N | 425 | Confer with Trevor Ashline regarding documents needed to be produced in discovery. | 0.3 | 127.50 |
| 7/13/2020 | Killen, Craig N | 425 | Review of documents gathered by Trevor Ashline for relevance, confidentiality designation, and privilege. | 7.2 | 3,060.00 |
| 7/14/2020 | Killen, Craig N | 425 | Review documents gathered by Trevor Ashline for relevance, privilege, and level of confidentiality. | 8.0 | 3,400.00 |
| 7/15/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding the production of documents; confer with Attorney McWilliams regarding same; phone conference with litigation support regarding same. | 1.0 | 315.00 |
| 7/15/2020 | Killen, Craig N | 425 | Continue to review documents to be produced for relevance, level of confidentiality and privilege; multiple communications with Trevor Ashline regarding documents. | 4.2 | 1,785.00 |
| 7/20/2020 | Hunstad, Lauren G. | 315 | Phone conferences with Attorney Killen regarding document production; coordination with litigation services regarding same. | 0.9 | 283.50 |
| 7/20/2020 | Hunstad, Lauren G. | 315 | Review progress of document production; confer with Attorney Killen regarding same; confer with litigation services regarding same. | 1.5 | 472.50 |
| 7/20/2020 | Killen, Craig N | 425 | Review of Everman subpoena; communications with Greg Everman and opposing counsel regarding same. | 0.2 | 85.00 |
| 7/20/2020 | O'Toole, Sean B. | 135 | Create bates labels for documents, and bates label proposed production documents, at the direction of attorney Hunstad. | 1.4 | 189.00 |
| 7/21/2020 | Hunstad, Lauren G. | 315 | Evaluate email and subpoena from the opposing counsel served on Mr. Everman. | 0.5 | 157.50 |

SCHEDULE 1 TO EXHIBIT E

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 7/21/2020 | Killen, Craig N | 425 | Work on issues related to production of documents to opposing counsel. | 0.4 | 170.00 |
| 7/21/2020 | O'Toole, Sean B. | 135 | Analyze and organize proposed production documents, and bates label documents, at the direction of attorney Hunstad. | 1.9 | 256.50 |
| 7/22/2020 | Killen, Craig N | 425 | Work on production of defendants' documents; multiple communications with opposing counsel regarding same. | 1.5 | 637.50 |
| 7/23/2020 | Hunstad, Lauren G. | 315 | Prepare an index of the defendants' discovery responses; begin upload of defendants' first document production. | 4.4 | 1,386.00 |
| 7/23/2020 | Killen, Craig N | 425 | Work on issues related to production of documents; multiple communications with opposing counsel regarding same. | 0.5 | 212.50 |
| 7/24/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding document production; further review the production for discrepancies. | 1.2 | 378.00 |
| 7/24/2020 | Killen, Craig N | 425 | Work on discovery issues. | 0.3 | 127.50 |
| 7/24/2020 | O'Toole, Sean B. | 135 | Research issue with container files not extracting entire documents, at the direction of attorney Hunstad. | 0.4 | 54.00 |
| 7/27/2020 | Hunstad, Lauren G. | 315 | Confer with opposing counsel regarding the status of Defendants' First Set of Production. | 0.2 | 63.00 |
| 7/28/2020 | Killen, Craig N | 425 | Work on deposition scheduling and case strategy matters. | 1.0 | 425.00 |
| 7/29/2020 | Hunstad, Lauren G. | 315 | Further coordinate the production of documents with the opposing counsel; evaluate a recent Federal Circuit decision with a similar factual pattern; confer with Attorney Killen regarding same. | 1.6 | 504.00 |
| 7/29/2020 | Killen, Craig N | 425 | Communications with client and opposing counsel regarding deposition scheduling; review new relevant case issued by the Court of Appeals and discuss same with Attorney Hunstad; work on discovery issues; prepare communication to opposing counsel again demanding dismissal of the case. | 1.3 | 552.50 |
| 7/30/2020 | Hunstad, Lauren G. | 315 | Further coordinate the upload of Defendants' First Production to the Plaintiff's secure drive. | 0.2 | 63.00 |

SCHEDULE 1 TO EXHIBIT E

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 7/31/2020 | Hunstad, Lauren G. | 315 | Evaluate email from the opposing counsel in response to Defendants' request for the Plaintiff to dismiss her case based on the holding of James v. J2 Cloud Services. | 0.1 | 31.50 |
| 8/3/2020 | Killen, Craig N | 425 | Prepare objections to Everman subpoena; send to Mr. Everman to serve. | 1.0 | 425.00 |
| 8/4/2020 | Hunstad, Lauren G. | 315 | Evaluate correspondence regarding the upcoming deposition of Mr. Everman. | 0.2 | 63.00 |
| 8/10/2020 | Killen, Craig N | 425 | Call with Greg Everman to discuss document production issues. | 0.5 | 212.50 |
| 8/11/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding steps necessary to locate and serve a subpoena on Mr. Arthur Cooksey; consider options to effectuate service. | 0.5 | 157.50 |
| 8/11/2020 | Killen, Craig N | 425 | Work on deposition scheduling; work on Cooksey subpoena; confer with Attorney Hunstand regarding the foregoing. | 1.5 | 637.50 |
| 8/13/2020 | Hunstad, Lauren G. | 315 | Begin preparing a subpoena for Mr. Arthur Cooksey. | 0.6 | 189.00 |
| 8/13/2020 | Killen, Craig N | 425 | Work on discovery matters, including subpoena to Art Cooksey; communicate with Attorney Hunstad regarding same. | 0.5 | 212.50 |
| 8/14/2020 | Hunstad, Lauren G. | 315 | Evaluate letter received from the opposing counsel in response to Mr. Everman's objections; confer with Attorney Killen regarding same; perform case law research to be included in a reply to the opposing counsel regarding privileged topics and documents. | 2.1 | 661.50 |
| 8/14/2020 | Killen, Craig N | 425 | Brief review of letter to Greg Everman from opposing counsel; communicate with Mr. Everman regarding same. | 0.3 | 127.50 |
| 8/16/2020 | Hunstad, Lauren G. | 315 | Further research attorney client privilege protections for documents pertaining to correspondence with patent prosecution counsel. | 1.2 | 378.00 |

SCHEDULE 1 TO EXHIBIT E

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 8/17/2020 | Hunstad, Lauren G. | 315 | Conduct further research regarding case law concerning attorney client privilege for communications between a client and patent prosecution counsel; research case law supporting argument that Mr. Everman should be compensated for his time gathering requested documents; confer with Attorney Killen regarding strategy for the upcoming depositions. | 4.4 | 1,386.00 |
| 8/17/2020 | Killen, Craig N | 425 | Review and analysis of opposing counsel's letter to Greg Everman regarding his objections to the subpoena; confer with Attorney Hunstad regarding privilege matters as it pertains to patent prosecution; prepare responsive letter to opposing counsel for Mr. Everman to send; review and revise same; send letter to Mr. Everman; communications with opposing counsel regarding deposition scheduling and other matters. | 3.5 | 1,487.50 |
| 8/17/2020 | Kullman, Roberta A. | 225 | Evaluate matter to ascertain all information required for preparing third-party subpoena for testimony for Arthur Cooksey, revise and supplement notice of deposition, revise and supplement subpoena, multiple correspondences with process server, and formulate written correspondence serving the same. | 1.0 | 225.00 |
| 8/17/2020 | Kullman, Roberta A. | 225 | Multiple email correspondences with process server regarding service on Arthur Cooksey. | 0.2 | 45.00 |
| 8/17/2020 | Kullman, Roberta A. | 225 | Receipt and evaluate completed Proof of Service from process server regarding service on Arthur Cooksey and confirm compliance of the same. | 0.1 | 22.50 |
| 8/24/2020 | Hunstad, Lauren G. | 315 | Conference with Attorney Killen regarding allegations in the first amended complaint as it pertains to upcoming deposition preparations; assist with preparing for upcoming meetings with Mr. Everman and Mr. Ashline. | 0.7 | 220.50 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 8/24/2020 | Killen, Craig N | 425 | Work on preparation for upcoming depositions; multiple calls with Greg Everman to discuss document collection and other matters; communications with Trevor Ashline regarding his deposition. | 7.0 | 2,975.00 |
| 8/25/2020 | Killen, Craig N | 425 | Continue preparing for depositions; multiple communications with opposing counsel regarding discovery issues. | 6.6 | 2,805.00 |
| 8/26/2020 | Hunstad, Lauren G. | 315 | Begin preparing a Joint Consent Motion to Amend Pretrial Order and Case Management Plan; begin preparing and a Proposed Amended Pretrial Order and Case Management Plan. | 1.6 | 504.00 |
| 8/26/2020 | Killen, Craig N | 425 | Prepare for and conduct extended telephone conference with Trevor Ashline to prep him for his deposition; review of additional opinion information sent by Greg Everman. | 3.2 | 1,360.00 |
| 8/27/2020 | Hunstad, Lauren G. | 315 | Review the plaintiff's second production of documents. | 1.3 | 409.50 |
| 8/27/2020 | Killen, Craig N | 425 | Continue to prepare for depositions; deposition prep meeting with Trevor Ashline; prepare additional documents for production; prepare privilege log; serve additional documents and privilege log on opposing counsel. | 6.2 | 2,635.00 |
| 8/28/2020 | Killen, Craig N | 425 | Attend and defend deposition of Trevor Ashline. | 7.5 | 3,187.50 |
| 8/31/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding exhibits from the deposition; confirm a video from Mr. Ashline was given a bates number and produced. | 0.6 | 189.00 |
| 9/3/2020 | Hunstad, Lauren G. | 315 | Phone conference with Attorney Killen regarding the motion to amend the scheduling order to extend discovery and mediation deadlines. | 0.2 | 63.00 |
| 9/3/2020 | Killen, Craig N | 425 | Communications with opposing counsel regarding discovery issues. | 0.5 | 212.50 |
| 9/3/2020 | Kullman, Roberta A. | 225 | Finalize notice of deposition to plaintiff, prepare and produce to court report and receipt of confirmation of the same to ensure compliance. | 0.3 | 67.50 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 9/8/2020 | Hunstad, Lauren G. | 315 | Search the produced documents for reference to Arthur Cooksey in preparation for his deposition. | 0.4 | 126.00 |
| 9/9/2020 | Hunstad, Lauren G. | 315 | Review documents provided by Mr. Ashline pertaining to Mr. Cooksey in advance of his deposition. | 0.4 | 126.00 |
| 9/9/2020 | Hunstad, Lauren G. | 315 | Revise the draft Motion to Amend Pretrial Order and Case Management Plan and the Proposed Amended Pretrial Order and Case Management Plan. | 0.5 | 157.50 |
| 9/9/2020 | Killen, Craig N | 425 | Work on discovery issues. | 0.5 | 212.50 |
| 9/10/2020 | Killen, Craig N | 425 | Work on preparation for upcoming depositions. | 1.4 | 595.00 |
| 9/11/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding strategy for the upcoming deposition of Julie Wagner; assist with compiling documents as deposition exhibits; email the court reporter service regarding the Wagner deposition; email Mr. Ashline to provide the deposition transcript for his review; prepare an amended Notice of Deposition for Ms. Wagner. | 2.0 | 630.00 |
| 9/11/2020 | Killen, Craig N | 425 | Review of documents in preparation for upcoming depositions; coordinate printing and copying of some exhibits; work on motion to extend mediation and related deadlines; work on various discovery matters; prepare and send communications to opposing counsel regarding same. | 5.2 | 2,210.00 |
| 9/14/2020 | Hunstad, Lauren G. | 315 | Further revise the Joint Consent Motion to Amend Pretrial Order and Case Management Plan pursuant to comments made by the opposing counsel; confer with Attorney Killen regarding documents produced by the plaintiff and strategy for her deposition. | 0.5 | 157.50 |
| 9/14/2020 | Killen, Craig N | 425 | Work on preparing for depositions. | 6.5 | 2,762.50 |
| 9/15/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding preparation for the deposition of Julie Wagner. | 0.4 | 126.00 |
| 9/15/2020 | Killen, Craig N | 425 | Continue preparing for deposition of Julie Wagner. | 9.5 | 4,037.50 |
| 9/16/2020 | Hunstad, | 315 | Attend deposition of Ms. Julie Wagner. | 6.5 | 2,047.50 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| | Lauren G. | | | | |
| 9/16/2020 | Killen, Craig N | 425 | Continue preparing for deposition of Julie Wagner; conduct deposition. | 9.3 | 3,952.50 |
| 9/17/2020 | Killen, Craig N | 425 | Prepare for and conduct deposition of Art Cooksey. | 5.5 | 2,337.50 |
| 9/18/2020 | Hunstad, Lauren G. | 315 | Review and study the transcript of Ms. Wagner's deposition; analyze possible questions to ask Mr. Tuccillo and analyze whether his deposition is necessary in light of testimony provided by Ms. Wagner; review notes taken during the Cooksey deposition; prepare a summary of the deposition of Julie Wagner and Art Cooksey; review pleadings in the litigation. | 5.0 | 1,575.00 |
| 9/21/2020 | Killen, Craig N | 425 | Review consent motion regarding scheduling order; send same to opposing counsel. | 0.3 | 127.50 |
| 9/23/2020 | Killen, Craig N | 425 | Review and revise deposition summaries; send same to client. | 0.2 | 85.00 |
| 10/2/2020 | Killen, Craig N | 425 | Review and analysis of deposition transcripts. | 5.5 | 2,337.50 |
| 10/5/2020 | Killen, Craig N | 425 | Review and analysis of deposition transcripts. | 4.0 | 1,700.00 |
| 10/19/2020 | Hunstad, Lauren G. | 315 | Begin preparing a draft Motion for Summary Judgment and Memorandum in Support of Summary Judgment; phone conference with Attorney Killen regarding settlement negotiations; begin preparing a Motion to Bifurcate. | 3.3 | 1,039.50 |
| 10/19/2020 | Killen, Craig N | 425 | Confer with Attorney Hunstad regarding discovery matters, summary judgment, and work to be done leading up to mediation. | 0.3 | 127.50 |
| 10/20/2020 | Hunstad, Lauren G. | 315 | Further revise the Motion to Bifurcate Discovery. | 0.7 | 220.50 |
| 10/21/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding the issue of Simpson's liability; conduct research regarding same and prepare a memo addressing this issue. | 2.5 | 787.50 |
| 10/21/2020 | Hunstad, Lauren G. | 315 | Review pleadings and continue drafting the memo in support of the Defendants' Motion for Summary Judgment. | 1.5 | 472.50 |

SCHEDULE 1 TO EXHIBIT E

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 10/22/2020 | Hunstad, Lauren G. | 315 | Further consider the agency relationship between Ashline and Simpson; confer with Attorney Killen regarding the motion for bifurcation; further revise the motion for bifurcation and prepare a draft order for the court. | 1.9 | 598.50 |
| 10/22/2020 | Killen, Craig N | 425 | Confer with Chuck Davies regarding case and sales of Hybrid; revise sales summary; review and revise draft of motion to bifurcate; prepare and send communication to opposing counsel regarding same. | 1.4 | 595.00 |
| 10/23/2020 | Hunstad, Lauren G. | 315 | Evaluate email from opposing counsel and proposed draft order. | 0.3 | 94.50 |
| 10/26/2020 | Hunstad, Lauren G. | 315 | Further prepare the brief in support of the Motion for Summary Judgment. | 1.4 | 441.00 |
| 10/26/2020 | Killen, Craig N | 425 | Work on motion to bifurcate; send same to opposing counsel. | 0.6 | 255.00 |
| 10/28/2020 | Killen, Craig N | 425 | Finalize and file motion to bifurcate. | 0.4 | 170.00 |
| 10/29/2020 | Hunstad, Lauren G. | 315 | Continue working on the motion for summary judgment. | 1.6 | 504.00 |
| 10/31/2020 | Hunstad, Lauren G. | 315 | Review the deposition transcript from Mr. Ashline's deposition; continue to revise the summary judgment outline; add references to the transcript to the motion for summary judgment outline. | 3.5 | 1,102.50 |
| 11/2/2020 | Killen, Craig N | 425 | Multiple communications with opposing counsel regarding mediation and discovery issues. | 0.4 | 170.00 |
| 11/3/2020 | Killen, Craig N | 425 | Confer with opposing counsel regarding mediation scheduling and discovery issues; follow-up communications regarding same. | 0.4 | 170.00 |
| 11/4/2020 | Killen, Craig N | 425 | Work on mediation scheduling and other matters. | 0.4 | 170.00 |
| 11/5/2020 | Killen, Craig N | 425 | Work on mediation scheduling and other matters; work on summary judgment motion. | 2.5 | 1,062.50 |

SCHEDULE 1 TO EXHIBIT E

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 11/9/2020 | Hunstad, Lauren G. | 315 | Further research the issue of agency law as it pertains to the motion for summary judgment; further research and prepare the outline and draft of the motion for summary judgment. | 3.6 | 1,134.00 |
| 11/9/2020 | Killen, Craig N | 425 | Prepare mediation statements; review and revise same; send to mediator. | 4.5 | 1,912.50 |
| 11/10/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding the motion for summary judgment. | 0.3 | 94.50 |
| 11/11/2020 | Killen, Craig N | 425 | Prepare for and participate in mediation; follow-up to same. | 2.0 | 850.00 |
| 11/11/2020 | Killen, Craig N | 425 | Work on summary judgment motion. | 2.0 | 850.00 |
| 11/12/2020 | Killen, Craig N | 425 | Continue working on summary judgment motion. | 8.0 | 3,400.00 |
| 11/15/2020 | Killen, Craig N | 425 | Work on summary judgment motion. | 5.0 | 2,125.00 |
| 11/16/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding facts pertaining to the case; revise the outline of the summary judgment brief regarding statute of limitations arguments for the unjust enrichment and constructive trust claims. | 3.5 | 1,102.50 |
| 11/16/2020 | Killen, Craig N | 425 | Work on summary judgment motion. | 6.5 | 2,762.50 |
| 11/17/2020 | Hunstad, Lauren G. | 315 | Review the Judge's Case Management Order, Standing Order, and the WDNC Local Rules as they pertain to the motion for summary judgment. | 0.5 | 157.50 |
| 11/17/2020 | Killen, Craig N | 425 | Work on motion for summary judgment. | 8.0 | 3,400.00 |
| 11/18/2020 | Hunstad, Lauren G. | 315 | Edit, review, and cite check the defendants' brief in support of its motion for summary judgment. | 2.8 | 882.00 |
| 11/18/2020 | Killen, Craig N | 425 | Continue working on summary judgment motion; review and revise same. | 6.8 | 2,890.00 |
| 11/19/2020 | Hunstad, Lauren G. | 315 | Perform further review and edit of the motion for summary judgment and brief; confer with Attorney Killen regarding same. | 2.5 | 787.50 |

SCHEDULE 1 TO EXHIBIT E

Case 5:18-cv-00123-KDB-DCK   Document 108-6   Filed 02/24/21   Page 29 of 35

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|------------|------|-----------|-------|------|
| 11/19/2020 | Killen, Craig N | 425 | Review and revise summary judgment motion; prepare motion and accompanying documents for filing; attend to filing summary judgment motion. | 6.3 | 2,677.50 |
| 11/20/2020 | Hunstad, Lauren G. | 315 | Evaluate proposal from opposing counsel regarding possible extensions of time to respond and reply to the motion for summary judgment. | 0.5 | 157.50 |
| 12/2/2020 | Killen, Craig N | 425 | Confer with Chuck Davies regarding case; prepare and send communications to Mr. Davies and Trevor Ashline regarding depositions and other matters; work on case strategy. | 1.0 | 425.00 |
| 12/4/2020 | Hunstad, Lauren G. | 315 | Assist with defendant Simpson's second production of documents. | 0.2 | 63.00 |
| 12/4/2020 | Killen, Craig N | 425 | Confer with Chuck Davies regarding case and scheduling issues; review spreadsheet of sales; coordinate preparation of spreadsheet for producing same; attend to producing spreadsheet. | 1.0 | 425.00 |
| 12/7/2020 | Killen, Craig N | 425 | Work on deposition scheduling including communications with opposing counsel regarding same. | 0.3 | 127.50 |
| 12/8/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding the deposition of the plaintiff; research the number of days required to give reasonable notice for a deposition. | 0.9 | 283.50 |
| 12/8/2020 | Hunstad, Lauren G. | 315 | Prepare a notice of deposition for the plaintiff to be deposed regarding damages. | 0.4 | 126.00 |
| 12/8/2020 | Killen, Craig N | 425 | Confer with Attorney Hunstad regarding discovery matters. | 0.3 | 127.50 |
| 12/9/2020 | Killen, Craig N | 425 | Finalize Notice of Deposition for Julie Wagner; serve same on opposing counsel. | 0.3 | 127.50 |
| 12/11/2020 | Hunstad, Lauren G. | 315 | Review Plaintiff's Response to Defendants' Motion to Dismiss and Exhibits. | 1.7 | 535.50 |
| 12/11/2020 | Killen, Craig N | 425 | Initial review of Wagner's response to our motion for summary judgment. | 1.5 | 637.50 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 12/13/2020 | Killen, Craig N | 425 | Continue review and analysis of Plaintiff's response to motion to summary judgment. | 1.0 | 425.00 |
| 12/14/2020 | Killen, Craig N | 425 | Communications with clients regarding deposition scheduling and other matters; call with opposing counsel regarding scheduling. | 0.4 | 170.00 |
| 12/15/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding the pre-trial requirements; review the case management order regarding same. | 1.0 | 315.00 |
| 12/15/2020 | Hunstad, Lauren G. | 315 | Evaluate correspondence from Mr. Everman regarding the facts of this case; prepare a declaration for Mr. Everman outlining same; forward the declaration to Mr. Everman for execution. | 1.5 | 472.50 |
| 12/15/2020 | Hunstad, Lauren G. | 315 | Further review and evaluate the plaintiff's response brief. | 1.6 | 504.00 |
| 12/15/2020 | Killen, Craig N | 425 | Work on deposition scheduling; confirm pretrial schedule to make sure that all applicable deadlines are docketed; work on Everman declaration. | 0.6 | 255.00 |
| 12/16/2020 | Hunstad, Lauren G. | 315 | Revise the Everman Declaration in accordance with changes requested by Mr. Everman; resend Mr. Everman the declaration for signature. | 0.4 | 126.00 |
| 12/23/2020 | Killen, Craig N | 425 | Work on Defendants' Reply to Plaintiff's Response to Summary Judgement Motion. | 9.5 | 4,037.50 |
| 12/24/2020 | Killen, Craig N | 425 | Continue working on Defendants' Reply to Response to Motion; review and revise same; attend to filing reply. | 5.3 | 2,252.50 |
| 12/29/2020 | Hunstad, Lauren G. | 315 | Confer with Attorney Killen regarding the opposing counsel's intent to file a motion for permission to file a surreply. | 0.4 | 126.00 |
| 12/29/2020 | Hunstad, Lauren G. | 315 | Phone conference with the opposing counsel and Attorney Killen regarding the opposing counsel's intent to move the court for permission to file a surreply; confer with Attorney Killen regarding strategy for a response. | 0.5 | 157.50 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 12/29/2020 | Hunstad, Lauren G. | 315 | Review case law pertaining to proper contents for a reply brief and standard for a motion to strike; prepare arguments in response to plaintiff's contention the Everman declaration was improper. | 1.5 | 472.50 |
| 12/29/2020 | Killen, Craig N | 425 | Meet and confer call with opposing counsel regarding surreply. | 0.3 | 127.50 |
| 1/4/2021 | Hunstad, Lauren G. | 345 | Evaluate order issued by the court regarding the summary judgment motion and plaintiff's motion to strike a portion of the reply brief. | 0.4 | 138.00 |
| 1/4/2021 | Hunstad, Lauren G. | 345 | Evaluate the motion and memorandum filed by the Plaintiff; confer with Attorney Killen regarding same. | 1.4 | 483.00 |
| 1/4/2021 | Hunstad, Lauren G. | 345 | Research case law and patent law rules regarding duty of candor of patent prosecution attorneys. | 1.3 | 448.50 |
| 1/4/2021 | Killen, Craig N | 425 | Review and initial analysis of Motion to Strike filed by Plaintiff; confer with Attorney Hunstad. | 0.8 | 340.00 |
| 1/5/2021 | Hunstad, Lauren G. | 345 | Phone conference with Attorney Killen regarding the court's order and next steps for preparing a response. | 0.4 | 138.00 |
| 1/5/2021 | Hunstad, Lauren G. | 345 | Research issues raised in Plaintiff's motion to strike in preparation for preparing a response brief. | 1.3 | 448.50 |
| 1/5/2021 | Killen, Craig N | 425 | Review and analysis of Safety Solutions asset purchase agreement as relevant to this case; report to client regarding hearing; work on deposition scheduling; produce asset purchase agreement to the other side. | 3.5 | 1,487.50 |
| 1/6/2021 | Hunstad, Lauren G. | 345 | Evaluate email from the opposing counsel regarding upcoming deadlines in the case; respond to opposing counsel regarding the settlement conference required after the filing of a summary judgment motion. | 0.3 | 103.50 |
| 1/6/2021 | Hunstad, Lauren G. | 345 | Further research attorney client privilege case law as it pertains to the Everman declaration; prepare a memo regarding same. | 3.6 | 1,242.00 |
| 1/6/2021 | Killen, Craig N | 425 | Work on coordinating settlement conference. | 0.3 | 127.50 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|------|-----------|------|-----------|-------|------|
| 1/7/2021 | Killen, Craig N | 425 | Attend mandated settlement conference with opposing counsel; prepare and file certificate of same; prepare and send response to opposing counsel regarding damages issues and the need for discovery in relation to same. | 1.2 | 510.00 |
| 1/11/2021 | Hunstad, Lauren G. | 345 | Begin preparing a response to Plaintiff's motion to strike Mr. Everman's declaration. | 1.5 | 517.50 |
| 1/12/2021 | Hunstad, Lauren G. | 345 | Further draft, revise, and edit the response to Plaintiff's motion to strike Mr. Everman's declaration. | 4.6 | 1,587.00 |
| 1/13/2021 | Killen, Craig N | 425 | Work on response to motion to strike. | 1.2 | 510.00 |
| 1/14/2021 | Killen, Craig N | 425 | Continue working on response to motion to strike; review and revise same; attend to filing response. | 5.0 | 2,125.00 |
| 1/20/2021 | Hunstad, Lauren G. | 345 | Evaluate the case management plan's requirements for a pre trial brief; locate and review similar trial briefs in preparation for drafting. | 2.1 | 724.50 |
| 1/20/2021 | Killen, Craig N | 425 | Communications with opposing counsel regarding pretrial matters. | 0.3 | 127.50 |
| 1/21/2021 | Hunstad, Lauren G. | 345 | Confer with Attorney Killen regarding next steps in trial preparation. | 0.5 | 172.50 |
| 1/21/2021 | Hunstad, Lauren G. | 345 | Confer with Paralegal Kulman regarding preparing an exhibit list for trial. | 0.4 | 138.00 |
| 1/21/2021 | Hunstad, Lauren G. | 345 | Locate and review example motions in limine; evaluate options for moving to exclude the plaintiff's damages evidence. | 1.7 | 586.50 |
| 1/21/2021 | Hunstad, Lauren G. | 345 | Review Plaintiff's reply brief regarding the motion to strike Mr. Everman's declaration. | 0.4 | 138.00 |
| 1/21/2021 | Killen, Craig N | 425 | Review of reply to response to motion filed by Plaintiff; work on pretrial matters. | 1.0 | 425.00 |
| 1/22/2021 | Hunstad, Lauren G. | 345 | Review Plaintiff's discovery requests to Simpson for questions regarding sales and profits for the Hybrid device. | 0.7 | 241.50 |

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 1/22/2021 | Killen, Craig N | 425 | Work on pretrial matters; consider damages issues and discuss same with Chuck Davies by telephone. | 1.8 | 765.00 |
| 1/25/2021 | Killen, Craig N | 425 | Work on claim construction (Markman) brief. | 2.0 | 850.00 |
| 1/26/2021 | Killen, Craig N | 425 | Continue working on Markman brief. | 3.5 | 1,487.50 |
| 1/27/2021 | Hunstad, Lauren G. | 345 | Revise and edit Defendants' brief regarding claim construction. | 1.0 | 345.00 |
| 1/28/2021 | Hunstad, Lauren G. | 345 | Evaluate the claim construction memorandum filed by the Plaintiff's counsel. | 0.6 | 207.00 |
| 1/28/2021 | Killen, Craig N | 425 | Work on preparation for summary judgment hearing and potential trial. | 8.0 | 3,400.00 |
| 1/29/2021 | Killen, Craig N | 425 | Work on preparation for summary judgment hearing and potential trial. | 2.5 | 1,062.50 |
| 2/1/2021 | Killen, Craig N | 425 | Work on preparation for summary judgment hearing and potential trial. | 4.5 | 1,912.50 |
| 2/1/2021 | Kullman, Roberta A. | 235 | Evaluate and analysis of matter to ascertain all sworn testimonies and exhibits thereto in preparation of anticipation of trial. | 1.0 | 235.00 |
| 2/2/2021 | Hunstad, Lauren G. | 345 | Confer with Attorney Killen regarding additional documents to be produced. | 0.5 | 172.50 |
| 2/2/2021 | Hunstad, Lauren G. | 345 | Evaluate arguments in Plaintiff's brief in response to Defendants' Motion for Summary Judgment regarding the applicability of the Discovery Rule to claims for unjust enrichment; research relevant cases and evaluate those cited in Plaintiff's brief; prepare a memo with analysis regarding same. | 2.8 | 966.00 |
| 2/2/2021 | Killen, Craig N | 425 | Work on preparation of summary judgment hearing and potential trial. | 5.8 | 2,465.00 |
| 2/3/2021 | Hunstad, Lauren G. | 345 | Confer with Attorney Killen regarding preparation for the Summary Judgment Hearing. | 0.4 | 138.00 |

SCHEDULE 1 TO EXHIBIT E

| Date | Timekeeper | Rate | Narrative | Hours | Fees |
|---|---|---|---|---|---|
| 2/3/2021 | Hunstad, Lauren G. | 345 | Review case law concerning co-inventorship as a question of law. | 0.8 | 276.00 |
| 2/3/2021 | Killen, Craig N | 425 | Work on preparation for summary judgment hearing and potential trial. | 7.2 | 3,060.00 |
| 2/4/2021 | Hunstad, Lauren G. | 345 | Conference with client and Attorney Killen before the Summary Judgment Hearing; attend Summary Judgment Hearing. | 2.5 | 862.50 |
| 2/4/2021 | Killen, Craig N | 425 | Continue to prepare for hearing on summary judgment motion; attend hearing and argue on behalf of the defendants; report to client. | 6.3 | 2,677.50 |
| 2/4/2021 | Kullman, Roberta A. | 235 | Formulate and prepare initial trial exhibit chart pursuant to Judge's requirements and local rules and containing over seventy (70) possible exhibits to exchange with opposing counsel prior to trial. | 2.5 | 587.50 |
| 2/5/2021 | Hunstad, Lauren G. | 345 | Evaluate order from the court granting Defendants' Motion for Summary judgment; evaluate requirements for requesting costs and attorneys' fees. | 1.3 | 448.50 |
| 2/5/2021 | Killen, Craig N | 425 | Review and analysis of the court's order granting summary judgment; report to client; follow-up communications with client; consider potential post-judgment motions. | 1.5 | 637.50 |
| | | | **Total** | **798.5** | **292,340.00** |

SCHEDULE 1 TO EXHIBIT E