# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| JULIE WAGNER,<br><br>    Plaintiff,<br><br>v.<br><br>TREVOR ASHLINE and<br>SIMPSON PERFORMANCE<br>PRODUCTS, INC.,<br><br>    Defendants. | Civil Action No.<br>5:18-cv-123-KDB-DCK |

## DECLARATION OF LANCE A. LAWSON

I, Lance A. Lawson, hereby state and declare as follows:

1.  I am the Managing Partner of the Charlotte office of Burr & Forman LLP, and I am a member of the firm's Intellectual Property practice group. I graduated from the United States Military Academy at West Point in 1984, received my M.S. from Stanford University in 1993, and received my J.D. from the University of Notre Dame in 1996. I am licensed to practice law in North Carolina, and am registered to practice before the United States Patent and Trademark Office. I was also a law clerk to the Honorable Robert D. Potter of the United States District Court for the Western District of North Carolina. I am in good standing with the North Carolina State Bar and am admitted to practice in this Court and the United States District Courts for the Middle and Eastern Districts of North Carolina. I have been in private practice since August 1998 and my practice focuses on intellectual property litigation including patent and trademark litigation.

1

2. Prior to pursuing a career in the law, I was an active duty civil engineer officer with the United States Army Corps of Engineers, including one year commanding a construction unit in both Iraq and Saudi Arabia during Operations Desert Shield and Desert Storm. I also served as an attorney at the rank of Lieutenant Colonel in the United States Army Reserves, while performing duties as the general counsel to several military units in the Southeast.

3. I am generally familiar with the rates charged by attorneys in this judicial district on intellectual property matters.

4. I have been asked to review the rates charged by the attorneys representing Trevor Ashline and Simpson Performance Products, Inc. (collectively "Defendants") in relation to the captioned case, and to offer my opinion on whether the rates charged by Defendants' attorneys in this matter are comparable to rates charged by intellectual property attorneys at other firms of similar size and scope of practice in this judicial district.

5. I understand the Court issued an Order on February 5, 2021, granting summary judgment in favor of Defendants on all claims asserted by the Plaintiff. I also understand this case was filed in August 2018 and proceeded through the entire discovery period specified in the Scheduling Order. I have also been informed this case involved the production of thousands of documents.

6. I understand Defendants were represented by several attorneys from Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), a firm of approximately 800 attorneys. I further understand the vast majority of the work on this case was performed by Nelson Mullins attorneys Craig Killen and Lauren Hunstad.

7. I have practiced with Craig Killen, who is a partner at Nelson Mullins. Mr. Killen graduated law school in 1991, holds an undergraduate degree in electrical engineering, is

registered to practice before the United States Patent and Trademark Office, and has significant litigation experience in this judicial district. Mr. Killen's hourly rate on this matter was $425.00 per hour.

8. I understand attorney Lauren Hunstad is an associate at Nelson Mullins, graduated law school in 2017, and holds an undergraduate degree from Wake Forest University. I understand Ms. Hunstad's hourly rate on this matter was $265/hour through the end of 2019, was $315/hour in 2020, and is currently $345.00 per hour.

9. I understand Nelson Mullins attorneys Robert McWilliams (partner), Grant Gildehaus (associate), and Jonathan Todd (associate) also had minor amounts of time in the case in relation to specific tasks or issues. I understand these lawyers respectively graduated from law school in 2009, 2013, and 2018 and had billing rates of $405/hour, $330/hour, and $320/hour on this case.

10. In my experience, the hourly billing rates charged by Defendants' counsel in this matter as noted above are comparable to, and in fact in many cases below, the rates charged by intellectual property attorneys at other firms of similar size and scope of practice in intellectual property disputes in this judicial district.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Dated this 19th day of February 2021.

*Lance A. Lawson*
Lance A. Lawson

3

Case 5:18-cv-00123-KDB-DCK   Document 108-7   Filed 02/24/21   Page 4 of 4